DANIEL BRODERICK, Bar No. 89424
Acting Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
Jose Enriquez-Lopez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>           Plaintiff,         )<br>                              )<br>     v.                       )<br>                              )<br>                              )<br>JOSE ENRIQUEZ-LOPEZ           )<br>                              )<br>           Defendant.         )<br>_____) | No. CR S-06-349 WBS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER**<br>Date: October 11, 2006<br>Time: 9:00 A.M.<br><br>Judge: Hon. William S. Shubb |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Michael Beckwith, and defendant Jose Enriquez-Lopez, by his counsel, Ned Smock, hereby stipulate and agree that the Status conference hearing now scheduled for September 27, 2006 be vacated and a new status conference be set for October 11, 2006 at 9:00 A.M.

It is stipulated that the period from September 27, 2006 until October 11, 2006 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of

1

counsel. Defense counsel has received discovery and is reviewing it. The government has provided a proposed plea agreement and the defendant needs time to consider the offer.

```
                                Respectfully submitted,
                                MCGREGOR SCOTT
                                United States Attorney


DATED: September 28, 2006       /s/ Michael Beckwith
                                MICHAEL BECKWITH
                                Assistant U. S. Attorney



DATED: September 28, 2006       /s/ Ned Smock
                                NED SMOCK
                                Attorney for Defendant
                                JOSE ENRIQUEZ-LOPEZ
```

**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED: October 2, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE